JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEPHEN KRAMER,<br><br>   Plaintiff,<br><br>   v.<br><br>ERIC H. HOLDER, Jr., ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Case No.: 8-14cv0378 JVS-JPR<br><br>**ORDER ON JOINT MOTION TO DISMISS**<br><br>DATE:  May 26, 2015<br>TIME:  8:30 a.m.<br>CTRM.: 10C<br><br>**HON. JAMES V. SELNA** |

    Having considered the parties' Joint Motion to Dismiss pursuant to Fed. R. Civ.P. 41(a)(1)(A)(ii), the Court

    GRANTS the Motion to Dismiss.

                                 IT IS SO ORDERED.

DATED: May 20, 2015

                                                        United States District Judge